IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

JAMES G. BORDAS AND LINDA M. BORDAS,

                     Plaintiffs,

v.                                    Civil Action No. 5:12-CV-126

ALPS CORPORATION AND
ATTORNEY'S LIABILITY
PROTECTION SOCIETY, INC.,

                     Defendants.

## DISMISSAL ORDER

The Plaintiffs, James and Linda Bordas, by counsel, Scott S. Blass, Esq., Defendants, ALPS Corporation and Attorney's Liability Protection Society, Inc., by counsel, Marc E. Williams, Esq. and Robert L. Massie, Esq., announce to the Court that all matters in controversy herein between said parties have been resolved. The aforesaid parties jointly move the Court to dismiss the remaining claims with prejudice and remove this action from the docket.

The Court, having considered the request of counsel, and being otherwise sufficiently advised, **HEREBY DISMISSES** the claims of James and Linda Bordas, with **PREJUDICE**.

The Clerk is directed to send a copy of this Order to the all counsel of record.

ENTERED this 15th day of May, 2015.

                            /s/ Frederick P. Stamp, Jr.
                            **JUDGE FREDERICK P. STAMP, JR.**

Submitted by:

/s/ Robert L. Massie
Marc E. Williams, Esquire (WV Bar No. 4062)
Robert L. Massie, Esquire (WV Bar No. 5743)
**Nelson Mullins Riley & Scarborough LLP**
949 Third Ave., Suite 200
Huntington, WV 25701
Phone: (304) 526-3500
Fax: (304) 526-3599

**COUNSEL FOR DEFENDANTS, ALPS CORPORATION AND ATTORNEY'S LIABILITY PROTECTION SOCIETY, INC.**

Approved by:

Scott S. Blass, Esquire (WV Bar No. 4628)
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV 26003
Phone: (304) 242-8410
Fax: (304) 242-3936

**COUNSEL FOR PLAINTIFFS**